# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CARRERAS PROPERTIES LLC, McFIG LLC,** and **LAZARUS PROPERTIES, LLC,**
Appellants,

v.

**ATLANTIC LOFT LLC,**
Appellees.

No. 4D2024-1965

[June 11, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele T. Singer, Judge; L.T. Case No. 062021CA010736AXXXCE.

Joseph Hughes of The Law Office of Joseph Hughes, Fort Lauderdale, for appellants.

John Martin Mullin, Jennifer Andrea Bautista, and Robert Lawrence Scheppske III of Tripp Scott, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and SHERMAN, JAMES, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***